### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 20-cv-3549-RM-NYW

DEBORAH LAUFER,

    Plaintiff,

v.

SUITES IQ, LLC,

    Defendant.

---

## ORDER

---

    This matter is before the Court on "Defendant's Unopposed Motion to Stay Proceedings Pending Appeal" (ECF No. 32), requesting the Court stay this action pending a decision by the Tenth Circuit Court of Appeals in *Laufer v. Looper*, No. 21-1031, appeal filed January 29, 2021 (the "*Laufer* Appeal). The *Laufer* Appeal is an appeal of an order of dismissal based on lack of standing in *Laufer v. Looper*, No. 20-CV-02475-NYW, 2021 WL 330566 (D. Colo. Jan. 11, 2021). Pending before this Court is a motion to dismiss also based on Ms. Laufer's alleged lack of standing and, as Defendant represents, the outcome of the *Laufer* Appeal will affect and impact the case at hand. Accordingly, the Court agrees and finds this case should not proceed until the *Laufer* Appeal has been resolved. *See* Fed. R. Civ. P. 1 (recognizing the federal rules of civil procedure should be employed to promote the "just, speedy, and inexpensive determination of every action and proceeding"); *Dietz v. Bouldin*, -- U.S. -- , 136 S. Ct. 1885, 1892, 195 L.Ed.2d 161 (2016) (noting a district court's "inherent power" to "manage its docket and courtroom with a view toward the efficient and expedient resolution of cases").

Defendant seeks a stay pending the *Laufer* Appeal. The Court, however, finds that a stay equivalent under D.C.COLO.LCivR 41.2 is more appropriate. *Quinn v. CGR*, 828 F.2d 1463, 1465 n.2 (10th Cir. 1987); *see also Patterson v. Santini*, 631 F. App'x 531, 534 (10th Cir. 2015) (recognizing the uses of "the administrative-closure mechanism" by district courts). And, "[b]ecause an administratively closed case still exists on the docket of the district court, it may be reopened upon request of the parties or on the court's own motion." *Patterson*, 631 F. App'x at 534. Accordingly, it is **ORDERED**

(1) That "Defendant's Unopposed Motion to Stay Proceedings Pending Appeal" (ECF No. 32) is GRANTED in that the Court will grant a stay equivalent;

(2) That, pursuant to D.C.COLO.LCivR 41.2, the Clerk shall terminate any pending motion; and

(3) That, pursuant to D.C.COLO.LCivR 41.2, the Clerk shall administratively close this case subject to reopening for good cause.

DATED this 8th day of March, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge